IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER CORDERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:22-cv-01385-SDG |
| VENUS INVESTMENTS LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation [Doc. 12], and the Consent Decree attached thereto [Doc. 12-1], and for good cause shown, the relief requested in the Stipulation is **GRANTED**. The Court shall retain jurisdiction to enforce the parties' Consent Decree, and this case is **DISMISSED** with prejudice. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

**SO ORDERED**, this 17th day of August, 2022.

_____
Hon. Steven D. Grimberg
United States District Judge